**FILED**

02/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0454

_____

IN RE THE MARRIAGE OF:

DANIEL DIXON BERK,

      Petitioner and Appellee,

  and

APRIL RAE BERK,

      Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2024